75 A.3d 1157

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. JUNE GORTHY A/K/A JUNE GOVERNALE,
DEFENDANT–RESPONDENT.

September 20, 2013.

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division for reconsideration in light of *State v. Robert Handy,* 215 *N.J.* 334, 73 *A.*3d 421 (2013).

75 A.3d 1157

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ROGER MAURO, DEFENDANT–PETITIONER.

September 20, 2013.

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division for reconsideration in light of *State v. Michael Cahill,* 213 *N.J.* 253, 61 *A.*3d 1278 (2013).